JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rhome J. Calhoun, <br>         Plaintiffs, <br> v. <br> Los Angeles County Division of Child Support et al, <br>         Defendants. | CV 18-05932-DDP (SK) <br><br> **ORDER OF DISMISSAL** |

THE COURT having ordered the Plaintiff to show cause in writing, not later than **November 13, 2018**, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

Dated: January 30, 2019

DEAN D. PREGERSON
United States District Judge